562 U.S. 1105, 131 S. Ct. 847, 178 L. Ed. 2d 553, 2010 U.S. LEXIS 9816.

December 13, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-10. Michael D. Turner, Petitioner v. Rebecca L. Rogers, et al.**

562 U.S. 1105, 131 S. Ct. 847, 178 L. Ed. 2d 553, 2010 U.S. LEXIS 9676.

December 13, 2010. Motion of respondents for appointment of counsel denied.

**No. 10-330. Arnold Schwarzenegger, Governor of California, et al., Petitioners v. Rincon Band of Luiseno Mission Indians of the Rincon Reservation, aka Rincon San Luiseno Band of Mission Indians, aka Rincon Band of Luiseno Indians.**

562 U.S. 1106, 131 S. Ct. 847, 178 L. Ed. 2d 553, 2010 U.S. LEXIS 9690.

December 13, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 602 F.3d 1019.

**No. 10-426. Applera Corp., et al., Petitioners v. Enzo Biochem, Inc., et al.**

562 U.S. 1106, 131 S. Ct. 847, 178 L. Ed. 2d 553, 2010 U.S. LEXIS 9737.

December 13, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 599 F.3d 1325.